UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.  CV-13-6326-MWF (FFMx) | Date:  October 3, 2013 |
| Title:  Wedgewood Community Fund II, LLC -v- Frank Gomez | |

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:  
Rita Sanchez

Court Reporter:  
Not Reported

Attorneys Present for Plaintiff:  
None Present

Attorneys Present for Defendant:  
None Present

**Proceedings (In Chambers):**   ORDER REMANDING ACTION TO STATE COURT [4] AND DISMISSING AS MOOT MOTION TO REMAND REMOVED ACTION [5]

On June 4, 2013, Plaintiff Wedgewood Community Fund II, LLC, filed this unlawful detainer action in the Superior Court of the State of California, County of Los Angeles.  The action was styled *Wedgewood Community Fund II, LLC v. Melineh Dersarkissian*, Case No. 13R03075.  Defendant Frank Gomez, who was evidently not a party to the original action but had acquired an interest in the subject property from Dersarkissian, removed the action to this Court on August 28, 2013.  (Docket No. 1).  The jurisdictional allegations appeared to be defective and the Court *sua sponte* issued an Order to Show Cause re Jurisdiction, directing Defendant to respond no later than September 25, 2013.  (Docket No. 4).  Defendant failed to respond by this deadline.  On September 17, 2013, Plaintiff filed a Motion to Remand the action to state court, setting a hearing on the Motion for October 21, 2013.  (Docket No. 5).  Because this Order remands the action to state court, the Motion to Remand is **DISMISSED AS MOOT** and the October 21 hearing is **VACATED**.

Defendant's failure to respond to the Order to Show Cause by the appropriate deadline is grounds for this Court to remand this action to state court.  Additionally, the Court's determines that it lacks subject matter jurisdiction.  The Notice of Removal fails to provide the citizenship of the parties, but the Motion to Remand suggests that both are citizens of California.  (Mot. at 7).  The Complaint seeks damages of less than $10,000.  (*Id.*).  The Complaint contains no claims for relief arising under federal law,

---

**CIVIL MINUTES—GENERAL**                                                                                     1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  CV-13-6326-MWF (FFMx)		Date:  October 3, 2013
Title:	Wedgewood Community Fund II, LLC -v- Frank Gomez

but only an action for unlawful detainer.  (Mot. at 8).  Defendant's allegation that the Superior Court will ignore his evidence and deny him due process is not a basis for subject matter jurisdiction.  (Notice at 3).  A federal defense is not a sufficient basis for federal question jurisdiction.  *Caterpillar Inc. v. Williams*, 482 U.S. 386, 393, 107 S. Ct. 2425, 96 L. Ed. 2d 318 (1987) ("Thus, it is now settled law that a case may not be removed to federal court on the basis of a federal defense, including the defense of pre-emption, even if the defense is anticipated in the plaintiff's complaint, and even if both parties concede that the federal defense is the only question truly at issue.").

Accordingly, the Court concludes that it lacks subject matter jurisdiction over the claims at issue and *sua sponte* **REMANDS** the action to the Superior Court of the State of California for the County of Los Angeles.  The Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.  Local Rule 58-6.  The Motion to Remand [5] is **DISMISSED AS MOOT** and the October 21 hearing is **VACATED**.

IT IS SO ORDERED.